

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-14-00558-CV

Edna A. **MARTINEZ,**
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice (not participating)
                Liza A. Rodriguez, Justice

On January 2, 2019, Appellant Edna A. Martinez filed a motion for en banc reconsideration. The Court requests that Appellee State Office of Risk Management file a response on or before **February 25, 2019**. *See* TEX. R. APP. P. 49.2, 49.7.

It is so **ORDERED** on this 25th day of January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court